# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-21478-CMB |
| ) | Chapter 13 |
| Audrey A. Pritchard, ) | |
|   Debtor ) | Related to: Document No. 33 |
| ) | |
| Audrey A. Pritchard, ) | **ENTERED BY DEFAULT** |
|   Movant ) | |
| ) | |
| VS. ) | |
| ) | |
| Community Loan Servicing LLC, ) | |
| Allegheny County Treasurer, ) | |
| Penn Hills School District, ) | |
| Penn Hills Township, ) | |
| Oakmont Water Authority, ) | |
| Office of the United States Trustee, ) | |
| Rhonda J. Winnecour, Trustee, ) | |
|   Respondents ) | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, to wit, this __30th__ day of __November__, 20 _21_, upon consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Kayla Fehl and ReMax Select Realty - Whitehall, located at 300 Weyman Road, Suite 220, Pittsburgh, Pennsylvania 15236, is hereby appointed, as of the date of filing the Motion, as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 806 Hulton Road Verona, PA 15147. A realtor commission in the amount of five percent (5%) on the sale price is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/30/21 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21478-CMB
Audrey A. Pritchard Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audrey A. Pritchard, 806 Hulton Road, Verona, PA 15147-3416 |
| r | + | Kayla Fehl, ReMax Select Realty- Whitehall, 300 Weyman Road, Suite 220, Pittsburgh, PA 15236-1520 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Audrey A. Pritchard julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Nov 30, 2021     Form ID: pdf900     Total Noticed: 2
TOTAL: 5