IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Audrey A. Pritchard, | ) | Case No. 21-21478 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | Related to Document No. 38 |
| Audrey A. Pritchard, | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Community Loan Servicing LLC, Allegheny | ) | |
| County Treasurer, Penn Hills School District, | ) | |
| Penn Hills Township, Oakmont Water | ) | |
| Authority, Office of the United States | ) | |
| Trustee, Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 1, 2021, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All Parties Listed on the Mailing Matrix

Served Electronically at kayla412agent@gmail.com
Kayla Fehl, Realtor

**Served by ECF Mail:** Ronda J. Winnecour, Trustee

Date of Service:      December 8, 2021      /s/ Kenneth Steidl
                                             Kenneth Steidl, Esquire
                                             STEIDL & STEINBERG
                                             28th Floor, Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             PA I.D. 34965

Label Matrix for local noticing
0315-2
Case 21-21478-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Dec  8 11:27:33 EST 2021

Allegheny County Treasurer
c/o Jordan Tax Service Inc.
Po Box 200
Bethel Park, PA 15102-0200

Community Loan Servicing LLC
4425 Ponce de Leon Blvd
5th Floor
Coral Gables, FL 33146-1873

Community Loan Servicing, LLC
Bryan S. Fairman
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1873

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Kayla Fehl
ReMax Select Realty- Whitehall
300 Weyman Road, Suite 220
Pittsburgh, PA 15236-1520

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Oakmont Water Authority
P.O. Box 73
Oakmont, PA 15139-0073

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Penn Hills School District
c/o Jennifer Cerce, Esq.
Maiello Brungo & Maiello
424 South 27th St, Suite 210
Pittsburgh, PA 15203-2380

Penn Hills Township
c/o Jordan Tax Service Inc.
Po Box 200
Bethel Park, PA 15102-0200

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Audrey A. Pritchard
806 Hulton Road
Verona, PA 15147-3416

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Community Loan Servicing, LLC, a Delaware

End of Label Matrix
Mailable recipients   18
Bypassed recipients    1
Total                 19