IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 21-21478 CMB |
| Audrey A. Pritchard, | : | Chapter 13 |
|    *Debtor* | : | Document No. |
| | : | |
| Audrey A. Pritchard, | : | |
|    *Movant* | : | |
| | : | |
|    vs. | : | |
| | : | |
| Community Loan Servicing LLC, Allegheny County | : | |
| Treasurer, Penn Hills School District, Penn Hills | : | |
| Township, Oakmont Water Authority, Office of the US | : | |
| Trustee, Ronda J. Winnecour, Trustee, | : | |
|    *Respondents* | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 11, 2022, I caused to be served a true and correct copy of the *Notice And Order Setting Hearing On An Expedited Basis together with the Motion to Sell Real Estate Free and Clear of Liens* by the following methods upon the following persons and parties:

**First Class US Mail:**
See attached mailing matrix.

US Attorneys Office
US Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Michael Nestor, Jr., Realtor for Buyer
Coldwell Banker Realty
5887 Forbes Ave
Pittsburgh, PA 15217

Rosa Armijo Jofre
419 Devonshire Street
Pittsburgh, PA 15213

**Service by Fax:**
Community Loan Servicing: 305-644-8102
Duquesne Light Company ℅ Keri Ebeck, Esq.: 412-456-8135
Oakmont Water Authority: 412-826-6798
Office of the US Trustee: 412-644-4785
Penn Hills SD ℅ Jennifer Cerce, Esq.: 412-242-4377
PA Dept. of Revenue: 717-772-1459
Ronda Winnecour, Trustee: 412-471-5470

**Service by Email:**
Allegheny County Treasurer ℅ Jordan Tax Service: custsvc@jordantax.com
Community Loan Servicing ℅ Bryan Fairman, Esq.: bfairman@aldridgepite.com
Kayla Fehl, Realtor for Seller: kayla412agent@gmail.com
Penn Hills Township ℅ Jordan Tax Service: custsvc@jordantax.com

Date of Service: <u>March 11, 2022</u>

<u>/s/ Kenneth Steidl</u>
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

```
Label Matrix for local noticing          Allegheny County Treasurer              Community Loan Servicing LLC
0315-2                                   c/o Jordan Tax Service Inc.             4425 Ponce de Leon Blvd
Case 21-21478-CMB                        Po Box 200                              5th Floor
WESTERN DISTRICT OF PENNSYLVANIA         Bethel Park, PA 15102-0200              Coral Gables, FL 33146-1873
Pittsburgh
Fri Mar 11 10:31:54 EST 2022

Community Loan Servicing, LLC            Community Loan Servicing, LLC           Duquesne Light Company
Bryan S. Fairman                         f/k/a Bayview Loan Servicing, LLC       c/o Bernstein-Burkley, P.C.
ALDRIDGE PITE, LLP                       4425 Ponce De Leon Blvd., 5th Floor     707 Grant Street, Suite 2200, Gulf Tower
4375 Jutland Drive, Suite 200            Coral Gables, FL 33146-1873             Pittsburgh, PA 15219-1945
P.O. Box 17933
San Diego, CA 92177-7921

Duquesne Light Company                   Keri P. Ebeck                           Kayla Fehl
c/o Bernstein-Burkley, P.C.              Bernstein-Burkley                       ReMax Select Realty- Whitehall
601 Grant Street, 9th Floor              601 Grant Street, 9th Floor             300 Weyman Road, Suite 220
Pittsburgh, PA 15219-4430                Pittsburgh, PA 15219-4430               Pittsburgh, PA 15236-1520


Brian Nicholas                           Oakmont Water Authority                 Office of the United States Trustee
KML Law Group, P.C.                      P.O. Box 73                             Liberty Center.
701 Market Street                        Oakmont, PA 15139-0073                  1001 Liberty Avenue, Suite 970
Suite 5000                                                                       Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541

Penn Hills School District               Penn Hills Township                     Pennsylvania Department of Revenue
c/o Jennifer Cerce, Esq.                 c/o Jordan Tax Service Inc.             Bankruptcy Division
Maiello Brungo & Maiello                 Po Box 200                              P.O. Box 280946
424 South 27th St, Suite 210             Bethel Park, PA 15102-0200              Harrisburg, PA 17128-0946
Pittsburgh, PA 15203-2380

Pennsylvania Dept. of Revenue            Audrey A. Pritchard                     Kenneth Steidl
Department 280946                        806 Hulton Road                         Steidl & Steinberg
P.O. Box 280946                          Verona, PA 15147-3416                   Suite 2830 Gulf Tower
ATTN: BANKRUPTCY DIVISION                                                        707 Grant Street
Harrisburg, PA 17128-0946                                                        Pittsburgh, PA 15219-1908

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Community Loan Servicing, LLC, a Delaware        End of Label Matrix
                                                    Mailable recipients    18
                                                    Bypassed recipients     1
                                                    Total                  19
```