UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 21-21478 CMB |
| Audrey A. Pritchard, | : Chapter 13 |
| *Debtor* | : |
| | : Related to: Document Nos. 44 and 48 |
| Audrey A. Pritchard, | : |
| *Movant* | : |
| | : |
| vs. | : |
| | : |
| Community Loan Servicing LLC, Allegheny County | : |
| Treasurer, Penn Hills School District, Penn Hills | : |
| Township, Oakmont Water Authority, Office of the US | : |
| Trustee, Ronda J. Winnecour, Trustee, | : |
| *Respondents* | : |

**CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT**

AND NOW, to wit, this __17th__ day of __March__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 806 Hulton Road, Verona, PA 15147 with parcel number 0535-P-00172-0000-00, is believed to be enough to pay the closing costs, pay the mortgage in full, pay the water and sewage liens in full, pay the tax liens in full, and to pay 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

Carlota M. Böhm    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

/s/ Owen Katz
Owen Katz, Esquire
Office of the Ch. 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

FILED
3/17/22 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 21-21478-CMB
Audrey A. Pritchard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Mar 17, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audrey A. Pritchard, 806 Hulton Road, Verona, PA 15147-3416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Audrey A. Pritchard julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 17, 2022     Form ID: pdf900     Total Noticed: 1
TOTAL: 5