PROCEEDING MEMO

**Date: 03/31/2022 09:30 am**

**In re:**   Audrey A. Pritchard

Bankruptcy No. 21-21478-CMB
Chapter: 13
Doc. # 44

**Appearances:**  BY ZOOM:  Owen Katz
Abagale Steidl;  Mike Nestor

**Nature of Proceeding:** #44 Motion To Sell Real Estate Free and Clear of Liens Together With A Request For An Expedited Hearing

**Additional Pleadings:** #38 Default Order Signed 11/30/2021 Approving Kayla Fehl and ReMax Select Realty as Realtor
#48 Settlement and Certificate of Counsel Regarding Consent Order of Court To Waive Sale Advertising Requirement
#49 Consent Order of Court Signed 03/17/2022 To Waive Sale Advertising Requirement
#51 Response by Community Loan Servicing, LLC

**Judge's Notes:**

**Outcome:**  Hearing Held.  No Objections to Sale.  There were no higher or better offers.  Sold to: Rosa Arminjo Jofre in the amount of $140,000.00. Order Entered.

**Carlota Böhm
Chief U.S. Bankruptcy Judge**

FILED
3/31/22 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA