IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-21478 CMB |
| Audrey A. Pritchard, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to Docket No. 54 |
| Audrey A. Pritchard, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| Community Loan Servicing LLC, Allegheny County) | |
| Treasurer, Penn Hills School District, Penn Hills ) | |
| Township, Oakmont Water Authority, Office of the ) | |
| US Trustee, Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 5, 2022, a true and correct copy of the *Order Confirming Chapter 13 Sale Of Property Free And Divested Of Liens* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Audrey Pritchard
806 Hulton Road
Verona, PA 15147

Brian Nicholas, KML
701 Market St #5000
Philadelphia, PA 19106

**Via E-Mail on April 1, 2022:**

Kayla Fehl, Realtor- kayla412agent@gmail.com
Nestor, Michael, Buyer Realtor- michael.nestor@pittsburghmoves.com


**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:**: Office of the United States Trustee


Date of Service: April 13, 2022          /s/ Kenneth Steidl
                                         Kenneth Steidl, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         2830 Gulf Tower - 707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000 ken.steidl@steidl-steinberg.com
                                         PA I.D. No. 34965