IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-21478 CMB |
| | ) | Chapter 13 |
| Audrey A. Pritchard, | ) | Docket No. |
| *Debtor* | ) | |

### **NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the debtor by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Audrey A. Pritchard, had an address of 806 Hulton Road Verona, PA 15147.

2. The debtor has since moved and the new address is 1 Demor Dr., Apt. #306, Verona, PA 15147.

WHEREFORE, the debtor, Audrey A. Pritchard, respectfully files this Notice of Change of Address.

Respectfully submitted,

May 5, 2022
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA ID #34965