# PROCEEDING MEMO

**Date: 09/20/2022 10:00 am**

In re:   Audrey A. Pritchard

Bankruptcy No. 21-21478-CMB
Chapter: 13
Doc. # 15

Appearances:  BY ZOOM:  Owen Katz
Kenneth Steidl

**Nature of Proceeding: #15 Contested Chapter 13 Plan Hearing - Lack of Payments**

**Outcome:**  Hearing held.  Proceeds of sale of property was not sufficient to pay off plan.   Debtor has no defense.  Case dismissed without prejudice for lack of payments.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
9/20/22 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA