**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| AUDREY A. PRITCHARD | Case No.:21-21478 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/25/2021 and confirmed on 10/12/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,846.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,846.28 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 780.60 | |
|   Trustee Fee | 19.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 800.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4754 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4754 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P172 | | | | |
|   OAKMONT WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9926 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P172 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P172 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AUDREY A. PRITCHARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21478 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    STEIDL & STEINBERG | 2,500.00 | 780.60 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RONDA J WINNECOUR PA ID #30399** | 1,046.28 | 1,046.28 | 0.00 | 1,046.28 |
|      Acct: $/OE | | | | |
| | | | | 1,046.28 |
| Unsecured | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 36.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4513 | | | | |
|    OAKMONT WATER AUTHORITY | 4,368.80 | 0.00 | 0.00 | 0.00 |
|      Acct: 9926 | | | | |
|    ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 1,046.28 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,046.28 | |
| SECURED | 0.00 | |
| UNSECURED | 4.404.80 | |

Date: 10/13/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com